UNITED STATES of America,
Plaintiff–Appellee,

v.

Jasper B. MACKEY, Jr., Defendant–
Appellant.

No. 02–6556.

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2002.

Decided Oct. 1, 2002.

Jasper B. Mackey, Jr., Appellant Pro
Se. Gretchen C.F. Shappert, Assistant
United States Attorney, Charlotte, North
Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Jasper B. Mackey, Jr. seeks to appeal
the district court's order construing his
motion filed under 18 U.S.C. § 3742 (1994)

as a motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying the motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Mackey,* Nos. CR–96–135–V; CA–00–162 (W.D.N.C. Feb. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*